1 | LOVE & ERSKINE, LLP
RICHARD A. LOVE (#61944)
2 | KATHLEEN M. ERSKINE (#223218)
KIMBERLY S. LOVE (#257844)
3 | 11601 Wilshire Boulevard, Suite 2000
Los Angeles, California 90025
4 | Telephone:    (310) 477-2070
Facsimile:    (310) 477-3922
5 | Email: rlove@love-law.net

6 | Attorneys for Plaintiff
JAMES M. NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES M. NELSON, | ) | CASE NO.  2:12-cv-02040-MCE-DAD |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
|  | ) | ORDER ON REQUEST BY COUNSEL FOR PLAINTIFF JAMES M. NELSON FOR TELEPHONIC APPEARANCE |
| COUNTY OF SACRAMENTO, a governmental entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a governmental entity; SCOTT R. JONES, an individual; MURRAY BOULWARE, an individual; MICHAEL VALE, an individual; JEFFREY SHELLDORF, an individual, | ) ) ) ) ) ) ) | Hearing Date:    May 30, 2013<br>Hearing Time:    2:00 p.m.<br>Courtroom:    7 |
| Defendants. | ) ) | Complaint Filed:    August 3, 2012<br>Trial Date:    None set |

1  The Court, having considered plaintiff's Request by Counsel for Plaintiff James M.
2  Nelson for Telephonic Appearance, and good cause appearing therefor, hereby orders that
3  counsel for plaintiff, Kathleen M. Erskine, may appear by telephone for the hearing on
4  Defendants' Motion to Strike Portions of Plaintiff's Second Amended Complaint and Defendant
5  Scott R. Jones's Motion to Dismiss Re: Second Amended Complaint, presently scheduled for
6  May 30, 2013 at 2:00 p.m.
7  IT IS SO ORDERED.
8  Date: May 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Submitted by:

LOVE & ERSKINE, LLP


By: /s/   Kathleen M. Erskine
    Kathleen M. Erskine
    Attorneys for Plaintiff
    JAMES M. NELSON

12cv2040.o.0514.wpd

2
[PROPOSED] ORDER ON REQUEST BY COUNSEL FOR PLAINTIFF JAMES M. NELSON
FOR TELEPHONIC APPEARANCE