1  LOVE & ERSKINE, LLP
   RICHARD A. LOVE (#61944)
2  KATHLEEN M. ERSKINE (#223218)
   KIMBERLY S. LOVE (#257844)
3  11601 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90025
4  Telephone:    (310) 477-2070
   Facsimile:    (310) 477-3922
5  Email: rlove@love-law.net

6  Attorneys for Plaintiff
   JAMES M. NELSON
7

8

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

| JAMES M. NELSON,                              ) | CASE NO. 2:12-cv-02040-MCE-DAD |
|---|---|
| )                                               |  |
| Plaintiff,                                    ) |  |
| )                                               |  |
| vs.                                           ) |  |
| )                                               | ORDER ON REQUEST BY COUNSEL FOR |
| )                                               | PLAINTIFF JAMES M. NELSON FOR |
| COUNTY OF SACRAMENTO, a                       ) | TELEPHONIC APPEARANCE |
| governmental entity; SACRAMENTO               ) |  |
| COUNTY SHERIFF'S DEPARTMENT, a                ) |  |
| governmental entity; SCOTT R. JONES, an       ) | Hearing Date:  May 30, 2013 |
| individual; MURRAY BOULWARE, an               ) | Hearing Time:  2:00 p.m. |
| individual; MICHAEL VALE, an individual;)       | Courtroom:     7 |
| JEFFREY SHELLDORF, an individual,             ) |  |
| )                                               |  |
| Defendants.                                   ) | Complaint Filed: August 3, 2012 |
| _____ ) | Trial Date:      None set |

1

[PROPOSED] ORDER ON REQUEST BY COUNSEL FOR PLAINTIFF JAMES M. NELSON
FOR TELEPHONIC APPEARANCE

1    The Court, having considered plaintiff's Request by Counsel for Plaintiff James M.
2 Nelson for Telephonic Appearance, and good cause appearing therefor, hereby orders that
3 counsel for plaintiff, Kathleen M. Erskine, may appear by telephone for the hearing on
4 Defendants' Motion to Strike Portions of Plaintiff's Second Amended Complaint and Defendant
5 Scott R. Jones's Motion to Dismiss Re: Second Amended Complaint, presently scheduled for
6 May 30, 2013 at 2:00 p.m.
7    IT IS SO ORDERED.
8 Date: May 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Submitted by:

LOVE & ERSKINE, LLP


By: /s/   Kathleen M. Erskine
    Kathleen M. Erskine
    Attorneys for Plaintiff
    JAMES M. NELSON

12cv2040.o.0514.wpd