Jeffrey S. Behar, Esq., Bar No. 81565
Tina I. Mangarpan, Esq., Bar No. 117898
Adam C. Hackett, Esq. Bar No. 220679
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California  90831-2700
(562) 983-2500

Attorneys for Defendants, COUNTY OF SACRAMENTO, SACRAMENTO SHERIFF'S DEPARTMENT, MURRAY BOULWARE, MICHAEL VALE and JEFFREY SHELLDORF
*Public Entity, Gov't Code Section 6103*

LOVE & ERSKINE, LLP
RICHARD A. LOVE (#61944)
KATHLEEN M. ERSKINE (#223218)
KIMBERLY S. LOVE (#257844)
11601 Wilshire Boulevard, Suite 2000
Los Angeles, California 90025
Telephone:     (310) 477-2070
Facsimile:      (310) 477-3922
Email: rlove@love-law.net

Attorneys for Plaintiff
JAMES M. NELSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES M. NELSON,<br><br>　　　　　Plaintiff,<br><br>　Vs.<br><br>COUNTY OF SACRAMENTO, a governmental entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a governmental entity; SCOTT R. JONES, an individual; MURRAY BOULWARE, an individual; MICHAEL VALE, an individual; JEFFREY SHELLDORF, an individual,<br><br>　　　　　Defendants. | No. 2:12-cv-02040-MCE-DAD<br><br>JOINT STIPULATION AND ORDER RE CONTINUING HEARING ON MOTIONS TO COMPEL FROM MAY 23, 2014 TO JUNE 6, 2014 |

Plaintiff James M. Nelson ("Plaintiff") and Defendants County of Sacramento, Sacramento County Sheriff's Department, Murray Boulware, Michael Vale, and Jeffrey Shelldorf, by and through their respective counsel, hereby represent and stipulate, and agree as follows:

1

**JOINT STIPULATION AND ORDER RE CONTINUING HEARING**

1. On May 1, 2014, Plaintiffs filed the following three motions to compel that are currently set for hearing on May 23, 2014 at 10:00 a.m. in Courtroom 27 (collectively, the "Discovery Motions"):  (1) production of documents by Defendant County of Sacramento and for Sanctions; (2) production of documents by Defendant Sacramento County Sheriff's Department and for Sanctions; and (3) the deposition of Defendant Vale, or in the alternative, for an Order to Show Cause Why an Expert may not Be Appointed to Examine Vale.

2. The hearing and all other related dates under L.R. 251 with respect to the Discovery Motions should be moved from May 23, 2014 to June 6, 2014 at 10:00 a.m. in Courtroom 27.

3. This is the first requested extension of the hearing on the Discovery Motions, and this would be the first ordered continuance.

Dated:  May 2, 2014        FORD, WALKER, HAGGERTY & BEHAR

By:  /s/ Adam C. Hackett
   Adam C. Hackett
   Attorneys for Defendants
   COUNTY OF SACRAMENTO,
   SACRAMENTO COUNTY SHERIFF'S
   DEPARTMENT, MURRAY BOULWARE,
   MICHAEL VALE, JEFFREY SHELLDORF

Dated:  May 2, 2014        LOVE & ERSKINE, LLP

By:  /s/  Kimberly S. Love
   Kimberly S. Love
   Attorneys for Plaintiff
   JAMES M. NELSON

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  May 5, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

**JOINT STIPULATION AND ORDER RE CONTINUING HEARING**

1  Ddad1\orders.civil\nelson2040.stip.cont.ord.doc

**JOINT STIPULATION AND ORDER RE CONTINUING HEARING**