UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. NELSON, | No. 2:12-cv-2040 MCE DAD |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On June 6, 2014, this matter came before the undersigned for hearing of plaintiff's motions to compel.  Attorney Kimberly Love appeared on behalf of the plaintiff.  Attorney Tina Mangarpan appeared telephonically on behalf the defendants and attorney Adam Hackett appeared in person, also on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions to compel (Dkt. Nos. 54, 55 & 56) are granted in part and denied in part;

2. Defendants shall produce to plaintiff on or before June 20, 2014, a copy of the internal affairs investigation report, a copy of the Communications Center Event Logs[1], and copies of any

---

[1] Defendants may redact from the copy of the Call Center Event Logs any reference to any party, incident or event that does not relate to the subject matter of this action.

1

1 document from the personnel files of defendants Shelldorf and Vale relating to the use of force,

2 including but not limited to use of force training, prior incidents involving the use of force and/or

3 prior complaints, warnings or discipline concerning the use of force; and

4     3. The documents shall be produced subject to a stipulated protective order.

5 Dated: June 6, 2014

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\nelson2040.oah.060614.docx