UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. NELSON, | No. 2:12-cv-2040 MCE DAD |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On June 11, 2014, this matter came before the undersigned for an ex parte in camera hearing regarding plaintiff's motion to compel the deposition of defendant Michael Vale. Attorney Tina Mangarpan appeared telephonically on behalf the defendants.

For the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. On or before June 18, 2014, defendants may file a brief setting forth the legal authority supporting their argument that defendant Vale should not be deposed in this action; and

2. If defendants file a brief, plaintiff may file a reply brief on or before June 25, 2014.

Dated: June 11, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\nelson2040.oah.061114.docx

1