LOVE & ERSKINE, LLP
RICHARD A. LOVE (#61944)
KATHLEEN M. ERSKINE (#223218)
KIMBERLY S. LOVE (#257844)
11601 Wilshire Boulevard, Suite 2000
Los Angeles, California 90025
Telephone:    (310) 477-2070
Facsimile:    (310) 477-3922
Email: rlove@love-law.net

Attorneys for Plaintiff
JAMES M. NELSON


FORD, WALKER, HAGGERTY & BEHAR
JEFFREY S. BEHAR (#81565)
TINA I. MANGARPAN (#117898)
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
Telephone:    (562) 983-2500
Email: jbehar@fwhb.com
       tmangarpan@fwhb.com

Attorneys for Defendants COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,
MURRAY BOULWARE, MICHAEL VALE, and
JEFFREY SHELLDORF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. NELSON, | CASE NO.  2:12-cv-02040-MCE-DAD |
| Plaintiff, | |
| vs. | JOINT STIPULATION AND ORDER RE CHANGING DATES OF DISCOVERY CUT-OFF IN PRE-TRIAL SCHEDULING ORDER |
| COUNTY OF SACRAMENTO, a governmental entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a governmental entity; SCOTT R. JONES, an individual; MURRAY BOULWARE, an individual; MICHAEL VALE, an individual; JEFFREY SHELLDORF, an individual, | |
| Defendants. | Complaint Filed:   August 3, 2012<br>Trial Date:         February 23, 2015 |

Plaintiff James M. Nelson ("plaintiff" or "Nelson") and defendants County of Sacramento, Sacramento County Sheriff's Department, Murray Boulware, Michael Vale, and Jeffrey Schelldorf (collectively "defendants"), by and through their respective counsel, hereby represent and stipulate as follows:

1.      Plaintiff filed the initial complaint in this matter on August 3, 2012.

2.      On January 3, 2014, the Court issued its Pre-Trial Scheduling Order, in which the discovery cut-off date was set for April 23, 2014, and the date for expert designations was June 23, 2014.

3.      On January 8, 2014, counsel for plaintiff and defendants filed a Joint Stipulation and Proposed Order Re Changing Dates of Discovery Cut-Off and Expert Designation in Pre-Trial Scheduling Order, requesting that the discovery cut-off date be extended until June 25, 2014, and the deadline for designation of experts and production of expert reports be extended until August 12, 2014.  The Court entered that Order on January 29, 2014.

4.      Plaintiff served Request for Production of Documents on defendants County of Sacramento and Sacramento County Sheriff's Department on October 16, 2013.  Defendants served their responses on January 9, 2014, and on March 6, 2014, County of Sacramento served supplemental responses.

5.      On February 20, 2014, plaintiff's counsel noticed defendant Michael Vale's deposition for March 14, 2014.  On March 6, 2014, defendant's counsel notified plaintiff's counsel that defendant would not be able to appear at his deposition due to medical reasons.

6.      Counsel for plaintiff and defendants met and conferred regarding the document production of defendants County of Sacramento and Sacramento County Sheriff's Department, and the deposition of defendant Vale, but were unable to resolve their differences.

7.      On May 1, 2014, plaintiff filed three motions to compel, set for hearing on May 23, 2014.  Upon defendants' request, counsel for plaintiff and defendants filed a joint stipulation and order moving the hearing date to June 6, 2014, which Magistrate Judge Drozd entered.

8. On June 6, 2014, Magistrate Judge Drozd heard plaintiff's motions to compel 1) the production of documents by defendant County of Sacramento, 2) the production of documents by defendant Sacramento County Sheriff's Department, and 3) the deposition of defendant Michael Vale. Plaintiff also sought leave to depose defendants Murray Boulware and Jeffrey Schelldorf a second time, to examine them about any documents ordered to be produced. At that hearing:

a. The Court granted plaintiff's motions in part, and ordered defendants County of Sacramento and Sacramento County Sheriff's Department to produce the Internal Affairs Investigation, Communications Center Events Log, and relevant portions of the personnel file of defendants Schelldorf and Vale, subject to a protective order, by June 20, 2014.

b. The Court denied plaintiff's request for leave to take the depositions of Murray Boulware and Jeffrey Schelldorf. However, the Court stated that if plaintiff wanted to depose defendants after reviewing the documents produced by defendants, then the Court would hear plaintiff's request for leave in a conference call at that time.

c. The Court agreed to an in camera hearing with defendant Michael Vale's treating physician, and defense counsel, on June 11, 2014, so that the Court can hear about Vale's medical state and the reasons supporting his position that he cannot participate in his deposition.

9. Plaintiff's and defendants' counsel believe good cause exists to extend discovery cut-off date from June 25, 2014 to August 5, 2014. Fed. R. Civ. P. 16(b)(4). If defendants produce documents to plaintiff on June 20, 2014, under the current Scheduling Order plaintiff would only have three business days to request a conference with the Court, if needed, and to depose defendants Schelldorf and Boulware. In addition, as of this date, there is no resolution regarding the issue of defendant Vale's deposition. An extension of the discovery cut-off date would permit both parties to conduct necessary discovery and resolve the discovery issues currently pending before Magistrate Judge Drozd.

///

10. Counsel further believe that such extensions of time will not result in a need to extend the motion cut-off date, the trial date, or expert discovery dates.

Based on the foregoing, the parties agree and stipulate, subject to the approval of the Court, that the discovery cut-off date may be extended to August 5, 2014.

Dated: June 9, 2014  LOVE & ERSKINE, LLP

By: /s/ Kimberly S. Love
Kimberly S. Love
Attorneys for Plaintiff
JAMES M. NELSON

Dated: June 9, 2014  FORD, WALKER, HAGGERTY & BEHAR

By: /s/ Tina I. Mangarpan
Tina I. Mangarpan
Attorneys for Defendants
COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, MURRAY BOULWARE,
MICHAEL VALE, JEFFREY SHELLDORF

IT IS SO ORDERED.

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT