1  LOVE & ERSKINE, LLP
   Richard A. Love, Esq.
2  Kathleen M. Erskine, Esq.
   Kimberly S. Love, Esq.
3  11601 Wilshire Blvd., Suite 2000
   Los Angeles, CA 90025
4  Telephone:    (310) 477-2070
   Facsimile:    (310) 477-3922
5  Email:  rlove@love-law.net

6  Attorneys for Plaintiff
   JAMES M. NELSON
7

8

9                     UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

12  JAMES M. NELSON,                    )  No. 2:12-cv-02040-MCE-DAD
                                        )
13                  Plaintiff,          )
                                        )
14       Vs.                            )  ORDER OF DISMISSAL
                                        )
15  COUNTY OF SACRAMENTO, a governmental )
    entity; SACRAMENTO COUNTY SHERIFF'S )
16  DEPARTMENT,  a governmental entity;  )  Complaint Filed:    August 3, 2012
    SCOTT R. JONES, an individual; MURRAY )  Trial Date:        February 23, 2015
17  BOULWARE, an individual; MICHAEL VALE, )
    an individual; JEFFREY SHELLDORF, an  )
18  individual,                         )
                                        )
19                  Defendants.         )

20       The Court having received and a "Notice of Settlement and Stipulation for Dismissal"

21  (ECF No. 76) filed by counsel for plaintiff James M. Nelson ("Plaintiff") and Defendants County of

22  Sacramento, Sacramento County Sheriff's Department, Murray Boulware, Michael Vale and Jeffrey

23  Shelldorf (collectively "Defendants"), and good cause appearing therefore, pursuant to Federal Rule

24  of Civil Procedure 41, this action is DISMISSED with prejudice.

25       IT IS SO ORDERED.

26  Dated:  October 29, 2014

27

28  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT

                        ORDER OF DISMISSAL